**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-03105-REB-KLM

DAVID H. HANSON,

      Plaintiff,

v.

CACH, LLC, a Financial Recovery Service,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Agreed Motion To Dismiss with Prejudice** [#12] filed December 27, 2011.  After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Agreed Motion To Dismiss with Prejudice** [#12] filed December 27, 2011, is **GRANTED**; and

2.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated December 30, 2011, at Denver, Colorado.

                                      BY THE COURT:

                                      /s/ Bob Blackburn
                                      Robert E. Blackburn
                                      United States District Judge